In the Matter of the Estate of ERNEST L. HEITMAN, Deceased.

MAUDE HEITMAN, Appellant; RICKA THIEL et al., Respondents.

(Argued September 29, 1936; decided October 13, 1936.)

534

*Thomas J. McKenna* for appellant.

*J. Carl Fogle* for Ricka Thiel et al., respondents.

*Ellsworth W. Storrs* and *W. W. Storrs* for Anna M. Short, respondent.

Order affirmed with costs. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.